# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

July 26, 2016

Mr. Warren Haskel  
Kirkland & Ellis, L.L.P.  
601 Lexington Avenue  
New York, NY 10022

Mr. John Bruce Shely  
Andrews Kurth, L.L.P.  
600 Travis Street  
Suite 4200  
Houston, TX 77002

Mr. Joshua Benjamin Simon  
Kirkland & Ellis, L.L.P.  
601 Lexington Avenue  
New York, NY 10022

     No. 16-20398   Connecticut General Life Insurance Co., et
                        al v. Humble Surgical Hospital, LLC
     USDC No. 4:13-CV-3291

Dear Mr. Haskel, Mr. Shely, and Mr. Simon,

We have docketed the appeal as shown above, and ask you to use the case number for future inquires. You can obtain a copy of our briefing checklist on the Fifth Circuit's website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf".

<u>Briefing Notice</u>. The record is complete for purposes of the appeal, see F<small>ED</small> R. A<small>PP</small>. P. 12. Appellant's brief and record excerpts are due within 40 days of the date shown above, see F<small>ED</small> R. A<small>PP</small>. P. & 5<small>TH</small> C<small>IR</small>. R. 28, 30, and 31. See also 5<small>TH</small> C<small>IR</small>. R. 30.1.2 and 5<small>TH</small> C<small>IR</small>. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts. [If required, **electronic copies MUST be in Portable Document Format (PDF)**.]

<u>Policy on Extensions</u>. The court grants extensions sparingly and under the criteria of 5<small>TH</small> C<small>IR</small>. R. 31.4. If you request an extension, you must contact opposing counsel and tell us if the extension is opposed or not. 5<small>TH</small> C<small>IR</small>. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most

extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Reply Brief. We do not send cases to the court until all briefs are filed, except in criminal appeals. Reply briefs must be filed within the 14 day period of FED R. APP. P. 31(a)(1).  See 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief, and the format.

**Brief Covers.** THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S).  **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT**.

Dismissal of Appeals. The clerk may dismiss appeals **without notice** if you do not file a brief on time, or otherwise fail to comply with the rules.

Appearance Form. If you have not electronically filed a "Form for Appearance of Counsel," you must do so within 14 days of this date. You must name each party you represent, See FED R. APP. P. and 5TH CIR. R. 12.  The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

**Attention Attorneys:** Direct access to the electronic record on appeal (EROA) for pending appeals will be enabled by the U S District Court on a per case basis.  Counsel can expect to receive notice once access to the EROA is available.  Counsel must be approved for electronic filing and must be listed in the case as attorney of record before access will be authorized.  Instructions for accessing and downloading the EROA can be found on our website at www.ca5.uscourts.gov/attorneys/attorney-forms/eroa_downloads. Additionally, a link to the instructions will be included in the notice you receive from the district court.

Sealed documents, except for the presentence investigation report in criminal appeals, will not be included in the EROA.  Access to sealed documents will continue to be provided by the district court only upon the filing and granting of a motion to view same in this court.

**New Guidance Regarding Citations in Pleadings.**

The court has approved an amendment to 5TH CIR. R. 28.2.2 granting the Clerk the authority to create a standard format for citation to the electronic record on appeal.  You must use the new citation format when citing to the electronic record on appeal.

- A. In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number.  For example, "ROA.123."

- B. For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record.  For example, "ROA.13-12345.123."

**Important notice:** 5TH CIR. R. 30.1.7(c) provides that the electronic PDF version of the record excerpts should contain pages

representing the "tabs" identified in the index of the document. However, we remind attorneys that the actual paper copies of record excerpts filed with the court must contain actual physical tabs that extend beyond the edge of the document, to facilitate easy identification and review of tabbed documents.

Pro se litigants may request the record from the district court to prepare your brief. Those proceeding in forma pauperis may receive the record without payment of shipping costs. If you wish to receive exhibits, you must specifically request them.

**Once you obtain the record, you should check it within 14 days of receipt for any missing or incomplete items. If you need to request a supplemental record or order transcripts, do so promptly. The court will not grant extensions of time to file your brief because you did not timely check the record.**

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: __/s/James deMontluzin_____
                                    James deMontluzin, Deputy Clerk
                                    504-310-7679

Enclosure(s)

cc w/encl:
    Mr. John Pierre Lahad
    Mr. Chanler Ashton Langham
    Mr. Brian Douglas Melton
    Mr. Jonathan Jeffrey Ross

Case No. 16-20398

CONNECTICUT GENERAL LIFE INSURANCE COMPANY; CIGNA HEALTH AND LIFE INSURANCE COMPANY,

                Plaintiffs - Appellants

v.

HUMBLE SURGICAL HOSPITAL, L.L.C.,

                Defendant - Appellee